## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| JANIECE BALDWIN, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:17-CV-00600-JRG |
| § | |
| NATIONWIDE AGRIBUSINESS § | |
| INSURANCE COMPANY, § | |
| § | |
| Defendant. § | |

### ORDER

On this day came on to be heard the Joint Motion for Dismissal with Prejudice filed by Plaintiff JANIECE BALDWIN and Defendant NATIONWIDE AGRIBUSINESS INSURANCE COMPANY (Dkt. No. 7) ("the Motion"). Having reviewed the same, the Court finds that the Motion should be and hereby is **GRANTED**.

It is therefore **ORDERED** that Plaintiff's claims against Defendant be, and hereby are, dismissed with prejudice, with costs taxed to the party incurring same.

**So ORDERED and SIGNED this 27th day of November, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE